## HOLMES V. KENNEDY.

In an action of ejectment to recover possession, by a lessor from the lessee, he is estopped to say the plaintiff hath no right.

ACTION of ejectment for a farm which the plaintiff had mortgaged to Mr. Apthorp; he paid the interest of the debt to Apthorp, and took a parol lease from him of said farm for a term: Holmes leased the farm to the defendant for a number of years; at the expiration of the term the defendant refused to resign up the premises; and on trial upon the general issue to the jury, the defendant insisted, that the plaintiff had no title to the land; but that the title was in Apthorp; the mortgage deed having become absolute at law.

To which it was replied — That the plaintiff was rightfully and lawfully in the possession; that the defendant received from the plaintiff the possession; also a lease of the farm under which he held and enjoyed; he is therefore estopped to object against the plaintiff's right to recover against him.— And verdict and judgment was for the plaintiff to recover.

## HARTFORD, ADJOURNED SUPERIOR COURT, DECEMBER, A. D. 1777.

